[No. 14473-5-II. Division Two. September 11, 1992.]

FRANK HOWARD, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02482-6, Paula Casey, J., entered

November 2, 1990. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Morgan, A.C.J., and Steiner, J. Pro Tem.